**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | COMPLAINT |
| TRINITY PRODUCTS, INC., ) ) | |
| ) | Jury Trial Demanded |
| ) | |
| Defendant. ) ) | |

**COMPLAINT**

**NATURE OF THE ACTION**

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Rebecca Holland. The Equal Employment Opportunity Commission alleges that the Defendant, Trinity Products, Inc., violated Title VII when it subjected Becky Holland to discrimination because of her sex, female, by subjecting her to sexual harassment and retaliation including discharge.

JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f) (3) of Title VII of the Civil Rights Act of 1964, as amended, ("Title VII"), 42 U.S.C. § 2000e-5 (f)(3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

2. The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Eastern District of Missouri.

## PARTIES

3. Plaintiff, Equal Employment Opportunity Commission ("the Commission"), is an agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Trinity Products, Inc. ("Defendant") has been a Missouri corporation doing business in the city of O'Fallon, Missouri, and has continuously employed at least fifteen employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C.§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Rebecca Holland ("Holland") filed a charge of discrimination with the Commission alleging a violation of Title VII by the Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least October 2007, Defendant has engaged in conduct in violation of Section 703(a)(1) and 704 of Title VII, 42 U.S.C. § 2000e-2(a)(1) and 2000e-3 by discriminating against Holland because of her sex, female, by:

      (a)    subjecting Holland to sexual harassment in the form of requests for sexual favors and offensive language and gestures, and terminating Holland in February 2008 from her position as an administrative assistant because she would not comply with sexual requests from her supervisor, Director of Operations Ken Colletta;

      (b)    subjecting Holland to retaliation for complaining about such harassment to at least two supervisors by terminating Holland in February 2008 from her position as an administrative assistant.

      8.    The effect of the practices complained of in paragraph 7 above has been to deprive Holland of equal employment opportunities because of her sex and in retaliation for her engaging in activity protected under Title VII.

      9.    The unlawful employment practices complained of in paragraph 7 were intentional.

      10.    The unlawful employment practices complained of in paragraph 7 above were committed with malice or with reckless indifference to the federally protected rights of Holland.

## **PRAYER FOR RELIEF**

WHEREFORE, the Commission respectfully requests that this Court:

      A.    Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which retaliates against any individual who has opposed unlawful employment practices.

      B.    Order Defendant to institute and carry out policies, practices and programs that provide equal employment opportunities for Rebecca Holland and other female employees and

eradicate the effects of the Defendant's past and present unlawful practices.

  C. Order Defendant to make whole Rebecca Holland by providing appropriate back pay with prejudgment interest, in amounts to be proved at trial and other affirmative relief necessary to eradicate the effects of the Defendant's unlawful employment practices, including but not limited to reinstatement of Rebecca Holland or front pay in lieu of reinstatement.

  D. Order Defendant to make whole Rebecca Holland by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including but not limited to emotional distress, pain and suffering, anxiety, loss of enjoyment of life, humiliation, embarrassment and inconvenience, in amounts to be determined at trial.

  E. Order Defendant to pay Rebecca Holland punitive damages for its malicious conduct or reckless indifference described in paragraphs 7 and 10 above, in an amount to be determined at trial.

  F. Grant such further relief as the Court deems necessary and proper in the public interest.

  G. Award the Commission its costs in this action.

## JURY TRIAL DEMAND

  The Commission requests a jury trial on all questions of fact raised by its Complaint.

                Respectfully submitted,

                JAMES L. LEE
                Deputy General Counsel

                GWENDOLYN YOUNG REAMS
                Associate General Counsel

                BARBARA A. SEELY
                Supervisory Trial Attorney

                C. FELIX MILLER
                Supervisory Trial Attorney

                /s/ Rebecca S. Stith
                REBECCA S. STITH, MO36703, ED4465
                Senior Trial Attorney
                EQUAL EMPLOYMENT OPPORTUNITY
                COMMISSION
                St. Louis District Office
                1222 Spruce, Room 8.100
                St. Louis, MO  63103
                (314) 539-7917
                (314) 539-7895 (fax)
                rebecca.stith@eeoc.gov